# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| VLASTA SEKYRA ON BEHALF OF ALEXANDRA OYER,<br><br>Plaintiff,<br><br>v.<br><br>LOS GATOS-SARATOGA JOINT UNION HIGH SCHOOL DISTRICT<br><br>Defendant. | CASE NO. C 04-03675 (HRL)<br><br>**ORDER** |

The Court has received and reviewed the request by Defendant LOS GATOS-SARATOGA JOINT UNION HIGH SCHOOL DISTRICT for a substitution of its counsel of record in this action and hereby ORDERS that counsel for the Defendant forthwith shall be Laurie E. Reynolds and Kimberly A. Smith of Fagen Friedman & Fulfrost, 70 Washington Street, Suite 205, Oakland, California 94607, telephone: (510) 550-8200 and facsimile: (510) 550-8211.

DATED: 5/17/07

/s/ Howard R. Lloyd
Magistrate Judge of the United States District Court for the Northern District of California

C 04-03675 (HRL)

[ XXXXX ] ORDER