*E-Filed 10/2/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VLASTA SEKYRA ON BEHALF OF A.O., | No. C04-03675 HRL |
| Plaintiff, | **ENTRY OF JUDGMENT** |
| v. | |
| LOS GATOS-SARATOGA JOINT UNION HIGH SCHOOL DISTRICT, | Re: Docket No. 32 |
| Defendant. | |

Plaintiff, Vlasta Sekyra on behalf of her daughter A.O., requests the entry of judgment pursuant to the acceptance of the Fed. R. Civ. P. Rule 68 offer of judgment made by Defendant, Los Gatos-Saratoga Joint Union High School District.

Defendants offered to allow judgment in favor of Plaintiff to be entered against it, in the amount of $75,000.00. This was a lump sum offer which expressly included payment for Plaintiff's claim for attorney's fees and costs under 20 U.S.C. §1415(i)(3)(B) (the subject of this action), in addition to attorney's fees and costs incurred in this litigation. Plaintiff served a valid acceptance of this offer, in writing, within ten days of service of the original offer.

//

//

1   In consideration thereof, the court GRANTS Judgment in favor of the Plaintiff.
2   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff shall recover
3   judgment against the Defendant in the sum of $75,000.00.  This amount is the total amount that
4   Defendant is obligated to pay under this judgment and includes any liability for costs of suit and
5   attorney's fees.  The Clerk shall close the file.

7   IT IS SO ORDERED.

10  Dated: 10/2/07

    _____
    HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

1  THIS SHALL CERTIFY THAT A COPY OF THIS ORDER SHALL BE SENT TO:

3  Nancy J. Geenen ngeenen@foleylaw.com, rbarcena@foleylaw.com

4  Valerie J. Mulhollen VJMLaw@aol.com

5  Laurie Elizabeth Reynolds lreynolds@fagenfriedman.com, tdavies@lozanosmith.com

6  Kimberly Anne Smith ksmith@fagenfriedman.com, cperez@fagenfriedman.com, sward@fagenfriedman.com, tsantos@fagenfriedman.com

Dated:  10/2/07                        /s/ KRO
                                Chambers of Magistrate Judge Lloyd